UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFREY MYRICKS,<br><br>    Plaintiff,<br><br>v.<br><br>LEXINGTON LAW FIRM, and DOES 1-10 inclusive,<br><br>    Defendants. | **JOINT STIPULATION OF DISMISSAL**<br><br>5:16-CV-00508-LJA |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff JEFFREY MYRICKS and Defendant LEXINGTON LAW FIRM, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of May, 2018.

/s/Joseph P. McClelland
Joseph P. McClelland, Esq.
JOSEPH P. MCCLELLAND, LLC
Attorney I.D. #483407
Post Office Box 100
Jackson, Georgia 30233
Telephone: (770) 775-0938

        */s/ Keith J. Barnett*
        Keith J. Barnett, Esq.
        GA Bar No. 142340
        TROUTMAN SANDERS LLP
        600 Peachtree Street, NE
        Suite 3000
        Atlanta, Georgia 30308
        Telephone: (404) 885-3000
        keith.barnett@troutman.com
        ***Counsel for Defendant Lexington Law Firm***